MOON v. STATE. (No. 3605.)

(Court of Criminal Appeals of Texas. June 16, 1915.)

CRIMINAL LAW ☞1095, 1102—STATEMENT OF FACTS—BILL OF EXCEPTIONS—TIME OF FILING.

Statement of facts and bills of exceptions, filed more than 20 days after adjournment, will on motion of the state be stricken out.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2847; Dec. Dig. ☞1095, 1102.]

Appeal from Wood County Court; R. E. Bozeman, Judge.

J. W. Moon was convicted of unlawfully carrying a pistol, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

Tex.)  JONES v. STATE  971

PRENDERGAST, P. J. This is an appeal from a conviction for unlawfully carrying a pistol with the lowest punishment assessed.

The statement of facts and bills of exceptions were filed more than 20 days after the adjournment. The Assistant Attorney General's motion to strike them out must therefore be sustained. In the absence of these no question is raised which can be reviewed.

The judgment is affirmed.

&For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes